ORIGINAL

KENJI PRICE #10523
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:   (808) 541-2850
Facsimile:    (808) 541-2958
Email: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2019

at __2__ o'clock and __30__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YIMIN GUO, ) <br> also known as Katherine Fconomos, ) <br> and formerly known as Katherine ) <br> Foononos, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. CR19-00029LEK <br><br> INDICTMENT <br><br> [18 U.S.C. §§ 1542, 1015(a)] |

INDICTMENT

The Grand Jury charges:

## COUNT 1
### False Statements in Application for Passport
### (18 U.S.C. § 1542)

On or about May 3, 2012, within the District of Hawaii, YIMIN GUO, also known as Katherine Fconomos, and formerly known as Katherine Foononos, the defendant, did willfully and knowingly make false statements in an application for a passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the Defendant willfully and knowingly used a false name, namely, Katherine Fconomos, a false Social Security number, and a false date of birth.

All in violation of Title 18, United States Code, Section 1542.

## COUNT 2
### False Statements in Naturalization Application
### (18 U.S.C. § 1015(a))

On or about October 3, 2017, within the District of Hawaii, YIMIN GUO, also known as Katherine Fconomos, and formerly known as Katherine Foononos, the defendant, did knowingly make false statements under oath in a case, proceeding, and matter related to, and under, and by virtue of a law of the United States relating to naturalization, citizenship, and registry of aliens, in that

YIMIN GUO, in her Application for Naturalization, Form N-400, during her naturalization interview with a U.S. Citizenship and Immigration Services Officer, and in a "Record of Sworn Statement" in that:

(1) She falsely stated that she had never claimed to be a U.S. citizen when in fact, as YIMIN GUO well knew, on May 3, 2012, she had claimed to be a U.S. citizen in her application for a U.S. Passport;

(2) She falsely stated that she had never had a passport with a different name on it when in fact, as YIMIN GUO well knew, from 2002 until 2012 she had in her possession a U.S. passport, number 206772288, with the name of Katherine Fconomos;

(3) She falsely stated that she had never possessed a U.S. passport with her picture on it when in fact, as YIMIN GUO well knew, from 2002 until 2012 she had in her possession a U.S. passport, number 206772288, with her picture on it and with the name of Katherine Fconomos;

(4) She falsely stated that she had never used a U.S. passport to enter the United States when in fact, as YIMIN GUO well knew, on multiple occasions from 2002 until 2012, she had entered the United States by using her U.S. passport, number 206772288, with her picture on it and with the name of Katherine Fconomos;

(5) She falsely stated that she had never lied to U.S. Government officials to gain entry or admission into the United States when in fact, as YIMIN GUO well knew, she had entered the United States on multiple occasions by lying about her identity; and

\ \

\ \

\ \

\ \

(6) She falsely stated that she had never been a prostitute, or procured anyone for prostitution, or been arrested for any offense when in fact, as YIMIN GUO well knew, she had been arrested multiple times in 1997-1999 for being a prostitute and in 1998 she had been found guilty of promoting prostitution.

All in violation of Title 18, United States Code, Section 1015(a).

Dated: March 13, 2019, at Honolulu, Hawaii.

                A TRUE BILL

                /s/ Foreperson, Grand Jury
                FOREPERSON, GRAND JURY

_/s/_
KENJI PRICE
United States Attorney
District of Hawaii

_/s/_
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

United States v. Yimin Guo, also known as Katherine Fconomos and formerly known as Katherine Foononos
Cr. No.
"Indictment"   CR 19-00029 LEK

4