ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER ~~MJ~~ CR 19-00029 LEK |
| | ) | |
| vs | ) | ABSTRACT OF RELEASE |
| | ) | |
| Yimin Guo | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| | ) | APR 17 2019 |
| | | at 2 o'clock and 47 min. P M |
| | | SUE BEITIA, CLERK |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __04/17/2019__ the Court entered the following order:

✓ Defendant to be released from custody forthwith

  ✓ Released to / continued on pretrial release

  ___ Sentenced to time served

  ___ Case Dismissed

  ___ Released to / continued on supervised probation / unsupervised probation

  ___ Released to / continued on supervised release

___ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

___ Bench warrant recalled

___ Other: _____

Sue Beitia, Clerk of Court

by: BAUR/D  Deputy Clerk