PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawaii

CRAIG W. JEROME    #8797
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii    96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     craig_jerome@fd.org

Attorney for Defendant
YIMIN GUO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 19-00029 LEK |
| | ) | |
| Plaintiff, | ) | **FIRST** STIPULATION AND |
| | ) | ORDER CONTINUING TRIAL |
| vs. | ) | AND TO EXCLUDE TIME |
| | ) | |
| YIMIN GUO, | ) | Present date:    06/17/19 |
| | ) | New date:        07/29/19 |
| Defendant. | ) | |
| | ) | |

**FIRST STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the jury trial presently scheduled for June 17, 2019, be continued

to July 29, 2019.

A.   The United States of America and the Defendant, YIMIN GUO, through their respective attorneys, hereby agree and stipulate to continue the trial in this case and to exclude the time period from June 17, 2019, and the new trial date from computation under the Speedy Trial Act.

Defense counsel requests this continuance to allow him additional time within which to review discovery, conduct further factual and legal research, investigation, and to competently advise and confer with the defendant.   Because this will involve a significant amount of time, it will interfere with defense counsel's ability to effectively prepare for trial by the current trial date.   Further, the defense and government are actively engaged in discussions in attempting to negotiate a resolution of the case short of trial.

B.   The parties further agree that the ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial, and:

1.   The failure to grant such a continuance would be likely

___to make a continuation of such proceeding impossible

_x__to result in a miscarriage of justice.

2.   The case is so

___unusual

2

___complex

due to

___the number of defendants

___the nature of the prosecution

___the existence of novel questions of fact or law

that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

3.   The failure to grant the continuance would

___deny the defendant reasonable time to obtain counsel

_x___unreasonably deny the defendant continuity of counsel

___unreasonably deny the government continuity of counsel

_x___deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

___deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

C.   The parties further agree that the period of time from **June 17, 2019**, and including **July 29, 2019**, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED: Honolulu, Hawaii, May 14, 2019.


/s/ Craig W. Jerome
CRAIG W. JEROME
Attorney for Defendant
YIMIN GUO


 /s/ Marshall Silverberg
MARSHALL SILVERBERG
Assistant United States Attorney
Attorney for Plaintiff

In the United States District Court, for the District of Hawaii;
United States v. Guo, Cr. No. 19-00029 LEK
First Stipulation and Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act

## ORDER CONTINUING TRIAL
## AND EXCLUDING SPEEDY TRIAL ACT TIME

The above Stipulation Continuing Trial Date And Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as findings by the court. For the reasons stated, IT IS HEREBY ORDERED:

(1) the jury selection and trial are set for **July 29, 2019,** at 9:00 a.m.

(2) the final pretrial conference before Magistrate Judge Kevin S. C. Chang is set for **July 1, 2019 at 10:00 a.m.**

(3) defense motions are due on **June 17, 2019**, and the government's responses are due on **July 1, 2019.**

IT IS FURTHER ORDERED that the period of time from June 17, 2019, to and including July 29, 2019, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

5

DATED: Honolulu, Hawaii, May 16, 2019.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

In the United States District Court, for the District of Hawaii;
United States v. Guo, Cr. No. 19-00029 LEK
First Stipulation and Order Continuing Trial Date and Excluding Time Under the
Speedy Trial Act

6