## OFFICE OF THE FEDERAL PUBLIC DEFENDER
## District of Hawaii

Craig Jerome
Assistant Federal Defender
Craig_Jerome@fd.org



300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

Phone (808) 541-2521   ♦   Toll free (877) 541-2521   ♦   Facsimile (808) 541-3545

---

July 2, 2019

**Via facsimile: (808) 541-1386**

The Honorable Leslie E. Kobayashi
United States District Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, Hawaii   96850

Re:  <u>United States v. Guo</u>, Cr. No. 19-0029 LEK

Your Honor:

    I am writing to request a continuance of the change of plea date in Ms. Guo's case (Cr. No. 19-00029 LEK). Ms. Guo lives on the Big Island, and she is having trouble finding someone to take care of her disabled son on July 5th, which is the currently scheduled date, so that she can travel to Oahu for the change of plea. Ms. Guo was previously scheduled to be on Oahu for an appointment with her doctor on July 17th and 18th, and she already has childcare arranged for that trip.

    If possible we would like to reschedule the change of plea for July 18, 2019 at 2:45 p.m.

    I have already checked with Mr. Silverberg regarding this request, and he informed me that he has no objection.

Sincerely,

CRAIG JEROME
Assistant Federal Defender
District of Hawaii

Copy:  Marshall Silverberg, AUSA (via hand delivery)