# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CR-00029-LEK-1 |
| CASE NAME: | USA v. Yimin Guo also known as Katherine Fconomos formerly known as Katherine Foononos |
| ATTYS FOR PLA: | Marshall H Silverberg |
| ATTYS FOR DEFT: | Craig W. Jerome |
| USPO: | Malia Eversole for Kevin S. Teruya |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 11/14/2019 | TIME: | 3:30pm-3:50pm |

COURT ACTION:   EP: Sentencing to Count 2 of the Indictment as to defendant Yimin Guo also known as Katherine Fconomos formerly known as Katherine Foononos.

Defendant Yimin Guo also known as Katherine Fconomos formerly known as Katherine Foononos present, not in custody.

Defendant plead guilty to Count 2 of the Indictment on 7/18/2019 and was adjudged guilty.

The Memorandum of Plea Agreement has been accepted by the Court.

Parties have reviewed the Presentence Report and it is placed in the record under seal.

Arguments heard as to Objections to the Presentence Report and the recommended sentencing guidelines.

Court findings made as to the applicable sentencing guidelines. Court adopts the factual findings of the PSR.

Court notes the aggravating and mitigating factors related to Defendant's Sentencing.

Recommendations by Counsel as to proposed sentence heard.

No Allocution by Defendant.

Court's proposed sentence stated. No legal objections to the proposed sentence. Court imposes sentence.

SENTENCE:

Probation: 3 Years.

Fine: None. Restitution: Not Applicable.

Special Assessment: $100.00.

Conditions of Supervised Release:

You must abide by the mandatory and standard conditions of supervision, including the following conditions:

> Since you do not have a recent history of substance abuse and the offense is not drug-related, it is recommended that the Court waive the mandatory drug test condition: You must submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision. (mandatory condition)
>
> You must cooperate in the collection of DNA as directed by the probation officer. (mandatory condition)
>
> You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you are sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame. (standard condition)

You must abide by the following special conditions:

1. You will be monitored by passive Global Positioning System Monitoring for a period of 180 days, and you must follow the rules and regulations of the location monitoring program, pursuant to the Participant's Agreement. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer. You must pay the cost s of the program, as directed by the probation officer.

2. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (such as provider, location, modality, duration, and intensity). You must take all mental health medications, including psychotropic medications, that are prescribed by

      your treating physician.

3. You must use your true legal name, identifying information, and personal mailing address for any and all purposes.

4. You must cooperate with U.S. Immigration and Customs Enforcement (ICE) and follow all their instructions and reporting requirements until any deportation proceedings are completed. If you are ordered deported from the United States, you must remain outside the United States, unless legally authorized to re-enter. If you re-enter the United States, you must report to the nearest probation office within 72 hours after you return.

5. You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probationoffice may share financial information with the U.S. Attorney's Office.

6. You must submit your person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States Probation Officer. Failure tosubmit to a search may be grounds for revocation of release. You must warn anyother occupants that the premises may be subject to searches pursuant to thiscondition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Defendant advised of her right to appeal within 14 days of entry of judgment.

Government's oral motion to dismiss count 1 as to this defendant only-GRANTED. Government to prepare an order for dismissal.


Submitted by: Theresa Lam, Courtroom Manager