PTS-HI (4/2016))

**ORIGINAL**

# UNITED STATES PRETRIAL SERVICES OFFICE
## PASSPORT RECEIPT

RE: Guo, Yimin a.k.a. Katherine Fconomos and formerly known as Katherine Foonocos

Year of Birth: 1965

Place of Birth: Beijing, China

Case Number: 1:19CR00029LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2019

at 2 o'clock and 23 min. P M
SUE BEITIA, CLERK

COURT ORDER entered on April 17, 2019
The above-named defendant surrendered (select one)
☐ United States Passport
☒ Foreign Passport (Country People's Republic of China)

Passport Number G36947228 to the custody of the U.S. Pretrial Services Office on April 29, 2019.

☐ Other _____ Enter number to the custody of the U.S. Pretrial Services Office on Enter Date.

_____          _____
Defendant's Signature                Officer's Signature

**Recorded in the Passport Log (Sign and Date)**
Logged IN                            Logged OUT

_____          _____
Signature and Date                   Signature and Date

This will acknowledge receipt of Passport Number Enter number or Other Enter number previously surrendered to the U.S. Pretrial Services Office pursuant to a prior Court Order.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 17, 2020, 4:08 pm
Michelle Rynne, Clerk of Court

Date Returned  12-17-20          Received by: _____

Purpose Returned
☐ Defendant not convicted          ☐ Other
☒ Defendant sentenced
☐ Mailed via Certified Mail