ORIGINAL

PROB 34
(1/92)

Report and Order Terminating Supervision

**United States District Court**

FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2022

at 11 o'clock and 35 min. A M
John A. Mannle, Clerk

UNITED STATES OF AMERICA

v.

YIMIN GUO,

aka KATHERINE FCONOMOS,
and formerly known as
KATHERINE FOONONOS

Criminal No. CR 19-00029LEK-01     ls

It appearing that the above-named has complied with the conditions of supervision imposed by the Order of the Court heretofore made and entered in this case and that the period of supervision expired on 11/13/2022, I therefore recommend that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Respectfully submitted,

_____
DONOVANLEE K. JENKINS
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___17th___ day of ___November___ 2022.

_____
LESLIE E. KOBAYASHI
U.S. District Judge